# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

BRADFORD SMITH and ERICA SMITH

**(b)** County of Residence of First Listed Plaintiff   Delaware
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Wheeler, DiUlio & Barnabei, PC, 1240 1650 Arch Street, Suite 2200, Philadelphia, Pennsylvania 19103; (215) 971-1000

## DEFENDANTS

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Labletta & Walters LLC, 1670 Route 34 North, Suite 3B, Wall Township, New Jersey ; (732) 387-1010

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.A. Section 1332(a); 28 U.S.C. Section 1441(a)

Brief description of cause:
Breach of insurance contract and bad faith

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____  DOCKET NUMBER _____

DATE
May 12, 2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Mark J. Walters

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BRADFORD SMITH and ERICA SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY,<br><br>*Defendant*. | NO.  2:26-cv-3214 |

## <u>NOTICE OF REMOVAL</u>

TO:   THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Defendant, Allstate Vehicle and Property Insurance Company ("Allstate"), by and through

its attorneys, LaBletta & Walters LLC, hereby files this Notice of Removal of the above-captioned

matter from the Court of Common Pleas of Philadelphia County, the jurisdiction which is now

pending, to the United States District Court for the Eastern District of Pennsylvania and in support

thereof avers as follows:

1.      On or about April 2, 2026, this action was commenced in the Court of Common

Pleas of Philadelphia County, Pennsylvania by the filing of Plaintiffs' Complaint. A true and

correct copy of the Complaint is attached hereto as Exhibit "A."

2.      In the Complaint, Plaintiffs named Allstate as the sole defendant.

3.      At the time this action was commenced and continuing to the present, Allstate is a

corporation incorporated under the laws of the State of Illinois, with its principal place of business

in the State of Illinois.

4.     The action arises out of Allstate's alleged denial of the Plaintiffs' homeowners insurance claim.

5.     Pursuant to 28 U.S.C. § 1441, cases over which federal district courts have original jurisdiction may be removed by the defendants to the federal district courts embracing the place where such action is pending.

6.     This Court has original jurisdiction over lawsuits in which: (a) the parties are citizens of different states; and (b) the amount in controversy exceeds $75,000.  See 28 U.S.C. § 1332.  Both conditions of original jurisdiction are now met in this matter.

7.     At the time this action was commenced and continuing to the present, the Plaintiffs are citizens of Pennsylvania with their principal domicile at 3 Overfield Lane, Glen Mills, Pennsylvania 19342. See Exhibit "A."

8.     As such, the parties to this action are diverse because the Plaintiffs and Allstate are citizens of different states.  See 28 U.S.C. § 1332(a)(1).

9.     Moreover, the amount in controversy, based on the allegations in the complaint, which include contractual damages and allegations of bad faith together with interest, court costs, counsel fees, and damages for delay, exceed the sum of Seventy-Five Thousand Dollars ($75,000.00),

10.     To determine whether the amount in controversy requirement for diversity jurisdiction has been satisfied, the Court must measure the amount not by the low end of an open-ended claim, but rather by a reasonable reading of the value of the rights being litigated.  See Werwinski v. Ford Motor Co., 286 F.3d 661, 667 (3d Cir. 2002).

11.     Furthermore, a lawsuit "will be remanded only if it appears to a legal certainty that the plaintiff cannot recover the jurisdictional amount of $75,000."  See Samuel-Bassett v. Kia

Motors America, Inc. 357 F.3d 392 (3d Cir. 2004); See also Frederico v. Home Depot, 507 F.3d 188, 195 (3d Cir. 2007)(citing Valley v. State Farm Fire and Cas. Co., 504 F. Supp. 2d 1, 3-4 (E.D. Pa. 2006)("[A] case must be dismissed or remanded if it appears to a legal certainty that the plaintiff cannot recover more than the jurisdictional amount of $75,000.  The rule does not require the removing defendant to prove to a legal certainty the plaintiff can recover $75,000 – a substantially different standard.").

12.     In the case at bar, the Plaintiffs claims contractual damages in excess of fifty thousand dollars ($50,000), and bad faith damages in excess of fifty thousand dollars ($50,000). See Exhibit "A."

13.     If the Plaintiffs were to prevail on the causes of action asserted in their Complaint, they may recover damages that may be in excess of the $75,000 jurisdictional threshold.

14.     As a result, the amount in controversy requirements for diversity jurisdiction is satisfied.

15.     Finally, this notice of removal is procedurally proper.

16.     To properly remove a case from state court to federal court, the removing party must file the notice of removal in federal court within 30 days of service of the complaint and file the notice of removal in state court.  28 U.S.C. § 1446(b) and (d).

17.     Defendant was served with the complaint on April 13, 2026, which is less than thirty-days prior to the filing of the within notice of removal.  A true and correct copy of Plaintiffs' counsel's cover letter with certified mail tracking number, as well as delivery confirmation evidencing delivery on April 13, 2026, is attached hereto as Exhibit "B."

18.     Accordingly, the present lawsuit is removable from state court to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C.A. §1332(a) and 28 U.S.C. §1441(a).

19.     Finally, the undersigned's office entered an appearance for Allstate on or about April 29, 2026. See entry of appearance attached hereto as Exhibit "C."

WHEREFORE, Defendant, Allstate Indemnity Company, respectfully requests the above captioned matter now pending against it in the Court of Common Pleas of Philadelphia County, be removed to the United States District Court for the Eastern District of Pennsylvania

**LABLETTA & WALTERS LLC**

By:     /s/ Mark J. Walters
        **MARK WALTERS, ESQ**
        Attorney I.D. No. 89265
        Attorney for Defendant
        1670 Route 34 North, Suite 3B
        Wall Township, New Jersey 07727
        (732) 387-1010
        mwalters@lablettawalters.com

Dated:  May 12, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRADFORD SMITH and ERICA SMITH, *Plaintiffs*, v. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, *Defendant*. | NO.  2:26-cv-3214 |

**<u>AFFIDAVIT</u>**

MARK J. WALTERS, ESQUIRE, being sworn according to law, deposes and says that he is the counsel for Defendant, Allstate Vehicle and Property Insurance Company, in the within matter; and that he has read the foregoing Notice of Removal and believes it to be true and correct, to the best of his knowledge, information and belief.

**LABLETTA & WALTERS LLC**

By:     */s/ Mark J. Walters*
          **MARK J. WALTERS, ESQ**
          Attorney I.D. No. 89265
          Attorney for Defendant
          1670 Route 34 North, Suite 3B
          Wall Township, New Jersey 07727
          (732) 387-1010
          mwalters@lablettawalters.com

Dated:  <u>May 12, 2026</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRADFORD SMITH and ERICA SMITH, *Plaintiffs*, v. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, *Defendant*. | NO. 2:26-cv-3214 |

**PROOF OF FILING**

I, MARK J. WALTERS, ESQUIRE, hereby certify that a copy of the foregoing Notice of Removal has been filed with the Prothonotary of the Court of Common Pleas of Philadelphia County on May 12, 2026.

**LABLETTA & WALTERS LCC**

By:     */s/ Mark J. Walters*
        **MARK J. WALTERS, ESQ**
        Attorney I.D. No. 89265
        Attorney for Defendant
        1670 Route 34 North, Suite 3B
        Wall Township, New Jersey 07727
        (732) 387-1010
        mwalters@lablettawalters.com

Dated:  May 12, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRADFORD SMITH and ERICA SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>*Defendant*. | NO.  2:26-cv-3214 |

## CERTIFICATE OF SERVICE

I, MARK J. WALTERS, ESQUIRE, hereby certify that a copy of the attached Notice of Removal has been served upon the following law firm by first class United States mail, postage pre-paid, this May 12, 2026 and electronic mail.

Wheeler, Diulio & Barnabei, P.C.
Joseph Sheaffer, Esquire
1 650 Arch Street, Suite 2200
Philadelphia, PA 19103

**LABLETTA & WALTERS LLC**

By:     */s/ Mark Walters*
**MARK J. WALTERS, ESQ**
Attorney I.D. No. 89265
Attorney for Defendant
1670 Route 34 North, Suite 3B
Wall Township, New Jersey 07727
(732) 387-1010
mwalters@lablettawalters.com

Dated:  May 12, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Bradford Smith and Erica Smith | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Allstate Vehicle and Property Insurance Company | : | NO.  2:26-cv-3214 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.  (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          (  )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.          (  )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.          (✓)

(d)  Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.          (  )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)          (  )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.          (  )

| | | |
|---|---|---|
| 5/12/2026 | Mark J. Walters, Esquire | Allstate Vehicle and Property Insurance Company |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 732-387-1010 | 732-387-1015 | mwalters@lablettawalters.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**


American LegalNet, Inc.
www.FormsWorkFlow.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: _3 Overfield Lane, Glen Mills, PA 19342_____

---

***RELATED CASE IF ANY:*** Case Number:_____ Judge:_____

1.  Does this case involve property included in an earlier numbered suit?                                                         Yes ☐

2.  Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?          Yes ☐

3.  Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?   Yes ☐

4.  Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?   Yes ☐

5.  Is this case related to an earlier numbered suit even though none of the above categories apply?               Yes ☐
    If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☑ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

**A.**  *Federal Question Cases:*

☐  1.  Indemnity Contract, Marine Contract, and All Other Contracts)
☐  2.  FELA
☐  3.  Jones Act-Personal Injury
☐  4.  Antitrust
☐  5.  Wage and Hour Class Action/Collective Action
☐  6.  Patent
☐  7.  Copyright/Trademark
☐  8.  Employment
☐  9.  Labor-Management Relations
☐  10.  Civil Rights
☐  11.  Habeas Corpus
☐  12.  Securities Cases
☐  13.  Social Security Review Cases
☐  14.  Qui Tam Cases
☐  15.  Cases Seeking Systemic Relief  ***see certification below***
☐  16.  All Other Federal Question Cases. *(Please specify)*:_____

**B.**  *Diversity Jurisdiction Cases:*

☑  1.  Insurance Contract and Other Contracts
☐  2.  Airplane Personal Injury
☐  3.  Assault, Defamation
☐  4.  Marine Personal Injury
☐  5.  Motor Vehicle Personal Injury
☐  6.  Other Personal Injury *(Please specify)*:_____
☐  7.  Products Liability
☐  8.  All Other Diversity Cases: *(Please specify)*_____
         _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☑ **does not** have implications beyond the parties before the court and ☐ **does** / ☑ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐   Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☑   None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRADFORD SMITH and ERICA SMITH, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, <br><br> *Defendant*. <br> . | NO.  2:26-cv-3214 |

## DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

**Party:  Plaintiffs, Bradford Smith and Erica Smith**          **Citizenship:    Pennsylvania**

**Party:  Defendant, Allstate Vehicle and Property**
**          Insurance Company**                                           **Citizenship:    Illinois**


**LABLETTA & WALTERS LLC**


May 12, 2026                    By:    */s/ Mark J. Walters*
                                    MARK J. WALTERS, ESQUIRE
                                    1670 Route 34 North, Suite 3B
                                    Wall Township, NJ 07727
                                    (732) 387-1010
                                    mwalters@lablettawlaters.com
                                    Signature Code: MJW4420
                                    **Pa. Attorney I.D. No.: 89265**
                                    Counsel for Defendant

# Exhibit "A"

MAJOR CASE
JURY TRIAL WAIVED.



*Filed and Attested by the Office of Judicial Records 02 APR 2026 04:31 pm G. IMPERATO*

Attorney for Plaintiff(s)

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Joseph Sheaffer, Esquire
Attorney I.D. No.: 332411
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: jsheaffer@wdblegal.com

| | |
|---|---|
| BRADFORD SMITH AND ERICA SMITH<br>3 Overfield Lane<br>Glen Mills, PA 19342<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>3100 Sanders Road<br>Suite 201<br>Northbrook, IL 60062 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>APRIL TERM, 2025<br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE **ESTA** DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 260400500

**MAJOR CASE**
**JURY TRIAL WAIVED.**

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Joseph Sheaffer, Esquire
Attorney I.D. No.: 332411
1650 Arch Street
Suite 2200
Philadelphia, PA  19103
Phone: (215) 971-1000
Email: jsheaffer@wdblegal.com

Attorney for Plaintiffs

| | |
|---|---|
| BRADFORD SMITH AND ERICA SMITH<br>3 Overfield Lane<br>Glen Mills, PA 19342<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>3100 Sanders Road<br>Suite 201<br>Northbrook, IL  60062 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>APRIL TERM, 2025<br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

1.    Plaintiff s, Bradford J. Smith and Erica M. Smith:(hereinafter, collectively, referred to as "Plaintiff"), are adult individuals residing at the address set forth above.

2.    Defendant, Allstate Vehicle and Property Insurance Company, is a corporation duly organized and existing which is authorized to conduct business as an insurance company within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the address set forth above and regularly issues policies of insurance within the City and County of Philadelphia.

3.    Defendant, in its regular course of business, issued to Plaintiff a policy of insurance ("the Policy") covering Plaintiff's property located at 3 Overfield Lane, Glen Mills, PA 19342 ("the Property"). A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A."

Case ID: 260400500

4. On or about 04/04/2025, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, resulting in damage to the insured premises and those areas and to the extent set forth in the preliminary estimate of loss, a true and correct copy of which is attached hereto, and made part hereof and marked Exhibit "B."

5. Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6. Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7. Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8. Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9. Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10. Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's property to pre-loss condition.

11. Defendant's denial of coverage was made without a reasonable basis in fact.

12. Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

Case ID: 260400500

13.    Solely as a result of Defendant's breach of contract, Plaintiff has suffered damage and therefore demands judgment against Defendant in an amount in excess of $50,000.00 but less than $75,000.00, together with interest and court costs.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 but less than $75,000.00, together with interest and court costs.

## COUNT II
### In Trespass - 42 Pa.C.S.A. §8371

14.    Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

15.    Defendant has engaged in bad faith conduct toward Plaintiff with respect to its adjustment of Plaintiff's covered Loss, in violation of 42 Pa.C.S.A. §8371 et seq.

16.    In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiff's covered loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees, including but not limited to Sam Weist, has engaged in the following conduct:

a.    by sending correspondence dated September 12, 2025, falsely representing that Plaintiff's loss caused by storm damage, a peril insured against under the Policy, was not entitled to benefits due and owing under the Policy (a true and correct copy of this denial letter is attached hereto and incorporated herein as Exhibit "C");

b.    in failing to complete a prompt and thorough investigation of Plaintiff's claim before representing that such claim is not covered under the Policy by ignoring the evidence produced by Plaintiff's representative demonstrating the evidence of hail and wind damage to the Property, as well as ignoring the findings of Hancock Claim Consultants ("Hancock") (a true and correct copy of correspondence from Plaintiff's public adjuster to Defendant is attached hereto and incorporated herein as Exhibit "D");

c. in failing to pay Plaintiff's covered loss in a prompt and timely manner by withholding policy benefits owed to Plaintiff for over six (6) months since its coverage decision on September 12, 2025 (see Ex. C);

d. in failing to objectively and fairly evaluate Plaintiff's claim by claiming Plaintiff's loss is not the result of storm damage, despite evidence from both Plaintiff and Defendant's representatives supporting evidence of storm damage (see Ex. D);

e. in conducting an unfair and unreasonable investigation of Plaintiff's claim by blatantly ignoring the findings of Hancock, the third-party that *Defendant* retained to investigate Plaintiff's claim, and who found evidence of hail and wind damage to Plaintiff's roof, as well as subsequent water intrusion to the interior of the Property (true and correct copies of Hancock's inspection diagrams are attached hereto and incorporated herein as Exhibit "E");

f. in asserting Policy defenses in its September 12, 2025, denial letter without a reasonable basis in fact, including failing to cite any factual evidence to support Defendant's coverage position (see Ex. C);

g. in flatly misrepresenting pertinent facts or policy provisions in its September 12, 2025, denial letter relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms (see id.);

h. in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiff or their representatives by refusing to provide any policy benefits despite Defendant's own representative finding evidence of storm damage to the Property, a covered peril under the Policy (see Ex. E);

i. in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiff's claim by failing to respond to the correspondence from Plaintiff's representative asking for clarification about the basis of Defendant's coverage determination (see Ex. D);

Case ID: 260400500

j.      in unreasonably withholding policy benefits by refusing to provide any policy benefits despite Defendant's own representative finding evidence of storm damage to the Property, in order to unreasonably and recklessly withhold policy benefits (see Ex. E);

k.      in acting unreasonably and unfairly in response to Plaintiff's claim by claiming Plaintiff's loss is not the result of storm damage, despite evidence from both Plaintiff and Defendant's representatives supporting evidence of storm damage (see Ex. D);

l.      in unnecessarily and unreasonably compelling Plaintiff to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

17.    For the reasons set forth above, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the date the claim was made in an amount equal to the prime rate of interest plus three percent, court costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential damages as are permitted by law.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with all claims, interest, court costs, counsel fees and damages for delay.

**WHEELER, DIULIO & BARNABEI, P.C.**

BY: /s/ Joseph Sheaffer
JOSEPH SHEAFFER, EQUIRE
Attorney for Plaintiffs

Case ID: 260400500

## VERIFICATION

The undersigned hereby states that we are the Plaintiffs in this action and that the statements of fact made in the foregoing document are true and correct to the best of our information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.

 

 

_____
Brad J. Smith


Erica smith

_____
Erica M. Smith

Date: March 30, 2026

Doc ID: 76c0907ab75c9d99df88123dd109113cc43c93fd

Case ID: 260400500

# Exhibit "A"

Case ID: 260400500

# House & Home Policy Declarations

Your policy effective date is June 20, 2024

 **Allstate.**

## This policy is nonparticipating with regard to paying dividends to policyholders.

Information as of May 1, 2024

## Summary

### Total Premium for the Policy Period

| | |
|---|---|
| Premium for property insured | $1,854.05 |
| **Total** | **$1,854.05** |

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | $65.91 | Multiple Policy | $613.28 |
| Claim Free | $318.45 | Home Buyer | $95.32 |
| Early Signing | $210.41 | Responsible Payment | $580.11 |
| Welcome | $171.46 | | |
| **Total discount savings** | | | **$2,054.94** |

## Insured property details*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X73182-1) for additional coverage information. Contact us if you have any changes.

**Location of property insured:** 3 Overfield Ln, Glen Mills, PA 19342-1464

**Location zone:** N3987500W07549500
*Your location zone is based on the location of the insured property and is one of many factors used in determining your rate.*

**Dwelling Style:**
 Built in 1989; 1 family; 3179 sq. ft.; 2 stories

**Foundation:**
 Below grade basement, 50%          Slab at grade, 50%

**Attached structures:**
 Wood deck, 400 sq. ft.          Built-in garage, 506 sq. ft.

**Detached structure:**
 One medium concrete swimming pool

**Interior details:**
 One builders grade kitchen          One single fireplace
 Four builders grade full baths          One softwood straight staircase
 One builders grade half bath

**Exterior wall type:**
 100% aluminum siding

**Named Insured(s)**
**Bradford J Smith, Erica M Smith**

Mailing address ·
**3 Overfield Ln**
**Glen Mills PA 19342-1464**

Policy number
**818 482 326**

Your policy provided by
**Allstate Vehicle and Property Insurance Company**

Policy period
Beginning **June 20, 2024** through **June 20, 2025** at 12:01 a.m. standard time

Your Allstate agency is
**Richard Kahmer**
941 N Providence Rd
Media PA 19063-1403
(610) 532-2800
richardkahmer@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

*(continued)*

PA070NBD (10/22)



Case ID: 260400500

House & Home Policy Declarations
Policy number: 818 482 326
Policy effective date: June 20, 2024

## Insured property details* (continued)

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Central air - same ducts, 100%     One electric heat pump

**Additional details:**
Standard wood sash with glass, 100%     Interior wall height - 8 ft, 100%
Two exterior wood doors

**Fire protection details:**
Fire department subscription - no     2 miles to fire department

**Roof surface material type:**
Composition
• 100% asphalt / fiberglass shingle

**Roof details:**
Predominant roof type: Composition     Age of roof - 2 years
Roof geometry - Gable

**Mortgagee**
FREEDOM MORTGAGE CORPORATION ITS SCRS &/OR ASSIGNS ATIMA
P O Box 5050, Troy, MI 48007-5050
Loan number: 0112081674

**Additional Interested Party - None**

*This is a partial list of property details. If the interior of your property includes custom construction, finishes, buildup, specialties or systems, please contact your Allstate representative for a complete description of additional property details.*

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection | $740,726 | • $2,500 Windstorm and Hail<br>• $2,500 All other perils |
| Other Structures Protection | $74,073 | • $2,500 Windstorm and Hail<br>• $2,500 All other perils |
| Personal Property Protection | $444,436 | • $2,500 Windstorm and Hail<br>• $2,500 All other perils |
| Additional Living Expense | Up to 24 months not to exceed $148,146 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $5,000 each person | |
| Building Codes | **Not purchased*** | |
| Building Structure Reimbursement Extended Limits | **Not purchased*** | |
| Roof Surfaces Extended Coverage | Included | |
| Water Back-Up | $10,000 | • $1,000 Water Back-Up |

PA070NBD (10/22)

064 070 037 240501S005001 00000081848232624050150050001PRO
PROR18PA2024050200220520201A-000073-002-0-00-00

House & Home Policy Declarations
Policy number: **818 482 326**
Policy effective date:     June 20, 2024

Page **3** of 4

 **Allstate.**

▶ *Other Coverages Not Purchased:*

- Additional Fire Department Charges*
- Building Materials Theft*
- Dwelling in the Course of Construction*
- Electronic Data Recovery*
- Extended Coverage on Cameras*
- Extended Coverage on Jewelry, Watches and Furs*
- Extended Coverage on Musical Instruments*

- Extended Coverage on Sports Equipment*
- Extended Premises*
- Fair Rental Income*
- Functional Replacement Cost*
- Golf Cart*
- Green Improvement*
- Home Day Care*
- Identity Theft Expenses*

- Increased Coverage on Business Property*
- Increased Coverage on Theft of Silverware*
- Loss Assessments*
- Oil Storage Tank(s)*
- Secondary Residence*
- Select Value*
- Service Lines*
- Yard and Garden*

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Your policy documents

Your House & Home policy consists of the Policy Declarations, any Policy Declarations Addendum, and the following documents. Please keep them together.

- Pennsylvania House & Home Policy – AVP58
- Amendatory Endorsement – AVP381
- Windstorm and Hail Deductible Endorsement – AVP82
- Water Back–Up Endorsement – AVP258
- Roof Surfaces Extended Coverage Endorsement – AVP42

- Depreciation Amendatory Endorsement – AP4988
- Sinkhole Activity Coverage Endorsement – AVP315
- Pennsylvania Amendatory Endorsement - AVP354
- Amendatory Endorsement – AVP554

*Please note: The Policy Contract listed as the first item in this section is not mailed and can be found at allstate.com/forms. You can view your complete Policy Package, including the Policy Contract, on myaccount.allstate.com or request a mailed copy at 1-800 Allstate® (1-800-255-7828). Endorsements to your Policy Contract are only enclosed the first time they apply to your policy and not in subsequent renewal or endorsement packages.*

## Important payment and other information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ The Property Insurance Adjustment condition applies using the Marshall Swift Boeckh Publications building cost index.

▶ Do not pay.  Mortgagee has been billed.

PA070NBD (10/22)



Case ID: 260400500

House & Home Policy Declarations
Policy number:          818 482 326
Policy effective date:   June 20, 2024

**Allstate Vehicle and Property Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

William Hill
President

Christine DeBiase
Secretary

PA070NBD (10/22)

06 4 070 037 240501S005001 O000081848232624050IS005001PRO
PRORI8PA2024050200020520IA-0000073-003-0-00-00

# Exhibit "B"

Case ID: 260400500



### Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063

| | |
|---|---|
| Client: | Smith, Brad |
| Property: | 3 Overfield Lane |
| | Glen Mills, PA |

Operator:    HABADJUS

| | | | | |
|---|---|---|---|---|
| Estimator: | Blaine Jelus | | Business: | (610) 356-1344 |
| Position: | adjuster | | E-mail: | habadjustment@comcast.net |

| | | |
|---|---|---|
| Type of Estimate: | Wind Damage | |
| Date Entered: | 6/10/2025 | Date Assigned: |

| | |
|---|---|
| Price List: | PAWC8X_MAY25 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 2025-06-10-1641 |
| File Number: | 2025WRI |

The following is a draft of the dwelling repairs and/or personal property loss costs related to the property location as they existed at the time of our inspection. It may not include state or local compliance costs. These items may be covered by an "increased cost of construction" supplement.

The following estimate is the current opinion of this writer as to the scope and damage costs to make the necessary repairs to this property and replace the loss contents replacement values. It is subject to revisions as a result of, but not limited to, applicable policy terms and conditions, depreciation, hidden damages, un-inspected damages, expenses and damages not brought to the attention of this writer, covered expenses which have not yet been incurred, and/or differences of opinion agreed upon in the course of the adjustment process.

By nature, some damages can show up at a later date. The insured reserves all of their rights to make further claims if latent damage appears from this cause of loss.

The following figures have not been finalized by the insured(s) and are subject to revisions made by the same. The insured(s) reserve their rights to make additions that, in their opinion and the opinion of others, are warranted in this claim.

Case ID: 260400500



## Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063

**2025-06-10-1641**

### Miscellaneous - Demo

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 495.00 | 0.00 | 0.00 | 99.00 | 594.00 |
| 2. Demolition Laborer - per hour | 16.00 HR | 0.00 | 62.07 | 0.00 | 198.62 | 1,191.74 |
| Totals: Miscellaneous - Demo | | | | 0.00 | 297.62 | 1,785.74 |

### Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 3. ROOFING | 1.00 EA | 0.00 | 32,426.00 | 797.68 | 6,644.74 | 39,868.42 |
| Totals: Roof | | | | 797.68 | 6,644.74 | 39,868.42 |

### Main House

### Basement



**Bedroom**  Height: 8'

| | |
|---|---|
| 434.67 SF Walls | 166.44 SF Ceiling |
| 601.11 SF Walls & Ceiling | 166.44 SF Floor |
| 18.49 SY Flooring | 54.33 LF Floor Perimeter |
| 54.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 4. Clean suspended ceiling grid | 166.44 SF | 0.00 | 0.42 | 5.14 | 14.00 | 89.04 |
| 5. R&R Suspended ceiling tile - 2' x 4' | 166.44 SF | 0.29 | 2.52 | 13.68 | 96.28 | 577.66 |
| 6. Window Treatment - General Laborer - per hour | 1.00 HR | 0.00 | 57.16 | 0.00 | 11.44 | 68.60 |
| 7. R&R 1/2" drywall - hung, taped, floated, ready for paint | 434.67 SF | 0.58 | 3.34 | 19.56 | 344.70 | 2,068.17 |
| 8. Seal the walls w/latex based stain blocker - one coat | 434.67 SF | 0.00 | 0.69 | 2.35 | 60.46 | 362.73 |
| 9. Paint the walls - two coats | 434.67 SF | 0.00 | 1.10 | 7.30 | 97.08 | 582.52 |
| 10. Mask and prep for paint - plastic, paper, tape (per LF) | 54.33 LF | 0.00 | 1.53 | 0.88 | 16.80 | 100.80 |
| 11. Contents - move out then reset | 1.00 EA | 0.00 | 83.89 | 0.00 | 16.78 | 100.67 |

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

**CONTINUED - Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 12. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 0.00 | 33.67 | 0.33 | 6.80 | 40.80 |
| 13. Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 40.79 | 1.09 | 16.54 | 99.21 |
| Totals: Bedroom | | | | 50.33 | 680.88 | 4,090.20 |
| Total: Basement | | | | 50.33 | 680.88 | 4,090.20 |

**1st Floor**



**Living Room**                                                    **Height: Sloped**

| | |
|---|---|
| 525.68 SF Walls | 319.40 SF Ceiling |
| 845.07 SF Walls & Ceiling | 274.33 SF Floor |
| 30.48 SY Flooring | 43.65 LF Floor Perimeter |
| 69.42 LF Ceil. Perimeter | |

**Missing Wall**            3' 8 1/2" X 8'            **Opens into Exterior**
**Missing Wall**            10' 11" X 8'            **Opens into DEF_2ND_FLOO**



**Subroom: Storage Area (2)**                                    **Height: 7'**

| | |
|---|---|
| 89.65 SF Walls | 14.37 SF Ceiling |
| 104.02 SF Walls & Ceiling | 14.37 SF Floor |
| 1.60 SY Flooring | 12.81 LF Floor Perimeter |
| 12.81 LF Ceil. Perimeter | |

**Missing Wall**            2' 11 11/16" X 7'            **Opens into LIVING_ROOM**

**Subroom: Living room under the landing (3)**                   **Height: 8'**

| | |
|---|---|
| 113.31 SF Walls | 24.66 SF Ceiling |
| 137.97 SF Walls & Ceiling | 24.66 SF Floor |
| 2.74 SY Flooring | 14.16 LF Floor Perimeter |
| 14.16 LF Ceil. Perimeter | |

**Missing Wall**            8' X 8'            **Opens into LIVING_ROOM**

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

## CONTINUED - Living Room



**Subroom: Stairs (1)**                                                      **Height: 17'**

| | |
|---|---|
| 121.58 SF Walls | 29.67 SF Ceiling |
| 151.25 SF Walls & Ceiling | 66.62 SF Floor |
| 7.40 SY Flooring | 12.56 LF Floor Perimeter |
| 9.62 LF Ceil. Perimeter | |

**Missing Wall**               **3' 1" X 17'**               **Opens into LIVING_ROOM**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 14. R&R 5/8" drywall - hung, taped, floated, ready for paint | 26.00 SF | 0.58 | 3.49 | 1.29 | 21.42 | 128.53 |
| 15. R&R 1/2" drywall - hung, taped, floated, ready for paint | 60.00 SF | 0.58 | 3.34 | 2.70 | 47.58 | 285.48 |
| 16. Drywall - General Laborer - per hour | 8.00 HR | 0.00 | 57.16 | 0.00 | 91.46 | 548.74 |
| to assist with installation on High ceiling | | | | | | |
| 17. Seal the walls and ceiling w/latex based stain blocker - one coat | 1,238.32 SF | 0.00 | 0.69 | 6.69 | 172.22 | 1,033.35 |
| 18. Paint the walls and ceiling - two coats | 1,238.32 SF | 0.00 | 1.10 | 20.80 | 276.60 | 1,659.55 |
| 19. Mask and prep for paint - plastic, paper, tape (per LF) | 106.02 LF | 0.00 | 1.53 | 1.72 | 32.78 | 196.71 |
| 20. Floor protection - self-adhesive plastic film | 379.98 SF | 0.00 | 0.71 | 3.19 | 54.60 | 327.58 |
| 21. Additional cost for high wall or ceiling - over 14' to 20' | 388.10 SF | 0.26 | 1.00 | 0.00 | 97.80 | 586.81 |
| 22. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 125.83 | 0.00 | 25.16 | 150.99 |

| | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|
| Totals: Living Room | | | 36.39 | 819.62 | 4,917.74 |

**2nd Floor landing**                                                        **Height: 8'**

| | |
|---|---|
| 241.44 SF Walls | 65.28 SF Ceiling |
| 306.72 SF Walls & Ceiling | 65.28 SF Floor |
| 7.25 SY Flooring | 29.75 LF Floor Perimeter |
| 29.75 LF Ceil. Perimeter | |

**Missing Wall**               **10' 11" X 8'**               **Opens into LIVING_ROOM**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

### CONTINUED - 2nd Floor landing

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 23. Seal the walls and ceiling w/latex based stain blocker - one coat | 306.72 SF | 0.00 | 0.69 | 1.66 | 42.66 | 255.96 |
| 24. Paint the walls and ceiling - two coats | 306.72 SF | 0.00 | 1.10 | 5.15 | 68.52 | 411.06 |
| 25. Mask and prep for paint - plastic, paper, tape (per LF) | 29.75 LF | 0.00 | 1.53 | 0.48 | 9.20 | 55.20 |
| 26. Floor protection - self-adhesive plastic film | 65.28 SF | 0.00 | 0.71 | 0.55 | 9.40 | 56.30 |
| Totals: 2nd Floor landing | | | | 7.84 | 129.78 | 778.52 |
| Total: 1st Floor | | | | 44.23 | 949.40 | 5,696.26 |
| Total: Main House | | | | 94.56 | 1,630.28 | 9,786.46 |

### in-law Suite

### Main Level



**Living Room**                           **Height: Attic**

| 836.17 SF Walls | 347.79 SF Ceiling |
|---|---|
| 1,183.95 SF Walls & Ceiling | 305.29 SF Floor |
| 33.92 SY Flooring | 91.83 LF Floor Perimeter |
| 97.26 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 27. R&R 5/8" drywall - hung, taped, floated, ready for paint | 86.95 SF | 0.58 | 3.49 | 4.33 | 71.64 | 429.86 |
| 28. R&R 1/2" drywall - hung, taped, floated, ready for paint | 48.00 SF | 0.58 | 3.34 | 2.16 | 38.06 | 228.38 |
| 29. Seal the walls and ceiling w/latex based stain blocker - one coat | 1,183.95 SF | 0.00 | 0.66 | 6.39 | 157.56 | 945.36 |
| 30. Paint the walls and ceiling - two coats | 1,183.95 SF | 0.00 | 1.07 | 19.89 | 257.34 | 1,544.06 |
| 31. Mask and prep for paint - tape only (per LF) | 97.26 LF | 0.00 | 0.68 | 0.29 | 13.28 | 79.71 |
| 32. R&R Underlayment - 1/2" OSB | 305.29 SF | 1.78 | 1.86 | 10.62 | 224.36 | 1,346.24 |
| 33. R&R Oak flooring - #1 common - no finish | 40.00 SF | 3.21 | 11.11 | 16.42 | 117.84 | 707.06 |
| 3/8" wood floor | | | | | | |
| 34. Sand, stain, and finish wood floor | 305.29 SF | 0.00 | 5.56 | 21.61 | 343.80 | 2,062.82 |
| 35. Add for dustless floor sanding | 305.29 SF | 0.00 | 1.00 | 0.00 | 61.06 | 366.35 |

Case ID: 260400500



## Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063

### CONTINUED - Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 36. R&R Baseboard - 8" paint grade - 2 piece | 8.00 LF | 0.81 | 8.18 | 1.80 | 14.74 | 88.46 |
| 37. Seal (1 coat) & paint (2 coats) baseboard | 91.83 LF | 0.00 | 2.44 | 1.21 | 45.06 | 270.34 |
| 38. R&R Quarter round - 3/4" | 91.83 LF | 0.24 | 2.02 | 5.62 | 42.62 | 255.78 |
| 39. Seal (1 coat) & paint (2 coat) trim | 26.00 LF | 0.00 | 2.09 | 0.23 | 10.90 | 65.47 |
| 40. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 34.83 | 0.69 | 14.08 | 84.43 |
| 41. R&R Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 237.95 | 0.00 | 47.60 | 285.55 |
| 42. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 125.83 | 0.00 | 25.16 | 150.99 |
| 43. Final cleaning - construction - Residential | 305.29 SF | 0.00 | 0.29 | 6.37 | 17.70 | 112.60 |

| Totals: Living Room | | | | 97.63 | 1,502.80 | 9,023.46 |
|---|---|---|---|---|---|---|

| Total: Main Level | | | | 97.63 | 1,502.80 | 9,023.46 |
|---|---|---|---|---|---|---|

| Total: in-law Suite | | | | 97.63 | 1,502.80 | 9,023.46 |
|---|---|---|---|---|---|---|

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 44. Finish carpentry labor minimum | 1.00 EA | 0.00 | 55.32 | 0.00 | 11.06 | 66.38 |
| 45. Electrical labor minimum | 1.00 EA | 0.00 | 68.98 | 0.00 | 13.80 | 82.78 |
| 46. Acoustic ceiling tile labor minimum | 1.00 EA | 0.00 | 126.02 | 0.00 | 25.20 | 151.22 |
| 47. Cleaning labor minimum | 1.00 EA | 0.00 | 74.29 | 5.35 | 14.86 | 94.50 |
| 48. Window treatment repair | 1.00 EA | 0.00 | 141.75 | 0.00 | 28.36 | 170.11 |

| Totals: Labor Minimums Applied | | | | 5.35 | 93.28 | 564.99 |
|---|---|---|---|---|---|---|

| Line Item Totals: 2025-06-10-1641 | | | | 995.22 | 10,168.72 | 61,029.07 |
|---|---|---|---|---|---|---|

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

## Grand Total Areas:

| | | |
|---|---|---|
| 2,686.49 SF Walls | 1,022.52 SF Ceiling | 3,709.01 SF Walls and Ceiling |
| 971.91 SF Floor | 107.99 SY Flooring | 299.60 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 327.86 LF Ceil. Perimeter |
| | | |
| 971.91 Floor Area | 1,026.57 Total Area | 2,615.10 Interior Wall Area |
| 2,122.95 Exterior Wall Area | 231.88 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

2025-06-10-1641

6/11/2025　　　　Page: 7

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

## Summary

| | |
|---|---:|
| Line Item Total | 49,865.13 |
| Material Sales Tax | 978.36 |
| Cleaning Mtl Tax | 0.10 |
| | |
| Subtotal | 50,843.59 |
| Overhead | 5,084.36 |
| Profit | 5,084.36 |
| Cleaning Sales Tax | 16.76 |
| | |
| **Replacement Cost Value** | **$61,029.07** |
| **Net Claim** | **$61,029.07** |

Blaine Jelus
adjuster

2025-06-10-1641                                          6/11/2025          Page: 8

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6%) | Cleaning Mtl Tax (6%) | Cleaning Sales Tax (6%) | Clothing Acc Tax (6%) | Manuf. Home Tax (6%) | Storage Rental Tax (6%) | Dryclean/Laundry Tax (6%) |
|---|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | | |
| | 5,084.36 | 5,084.36 | 978.36 | 0.10 | 16.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | | |
| | **5,084.36** | **5,084.36** | **978.36** | **0.10** | **16.76** | **0.00** | **0.00** | **0.00** | **0.00** |

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: 2025-06-10-1641** | | |
| Miscellaneous - Demo | 1,488.12 | 2.98% |
| Roof | 32,426.00 | 65.03% |
| | | |
| **Area: Main House** | | |
| | | |
| **Area: Basement** | | |
| Bedroom | 3,358.99 | 6.74% |
| | | |
| Area Subtotal: Basement | 3,358.99 | 6.74% |
| | | |
| **Area: 1st Floor** | | |
| Living Room | 4,061.73 | 8.15% |
| 2nd Floor landing | 640.90 | 1.29% |
| | | |
| Area Subtotal: 1st Floor | 4,702.63 | 9.43% |
| | | |
| Area Subtotal: Main House | 8,061.62 | 16.17% |
| | | |
| **Area: in-law Suite** | | |
| | | |
| **Area: Main Level** | | |
| Living Room | 7,423.03 | 14.89% |
| | | |
| Area Subtotal: Main Level | 7,423.03 | 14.89% |
| | | |
| Area Subtotal: in-law Suite | 7,423.03 | 14.89% |
| Labor Minimums Applied | 466.36 | 0.94% |
| | | |
| **Subtotal of Areas** | 49,865.13 | 100.00% |
| | | |
| **Total** | 49,865.13 | 100.00% |

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| ACOUSTICAL TREATMENTS | 545.45 | 0.89% |
| CLEANING | 232.72 | 0.38% |
| CONTENT MANIPULATION | 335.55 | 0.55% |
| GENERAL DEMOLITION | 1,724.78 | 2.83% |
| DRYWALL | 3,052.10 | 5.00% |
| ELECTRICAL | 68.98 | 0.11% |
| FLOOR COVERING - VINYL | 567.84 | 0.93% |
| FLOOR COVERING - WOOD | 2,447.10 | 4.01% |
| FINISH CARPENTRY / TRIMWORK | 306.26 | 0.50% |
| LABOR ONLY | 993.12 | 1.63% |
| LIGHT FIXTURES | 237.95 | 0.39% |
| PAINTING | 6,728.37 | 11.02% |
| ROOFING | 32,426.00 | 53.13% |
| WINDOW TREATMENT | 198.91 | 0.33% |
| **O&P Items Subtotal** | 49,865.13 | 81.71% |
| Material Sales Tax | 978.36 | 1.60% |
| Cleaning Mtl Tax | 0.10 | 0.00% |
| Overhead | 5,084.36 | 8.33% |
| Profit | 5,084.36 | 8.33% |
| Cleaning Sales Tax | 16.76 | 0.03% |
| **Total** | 61,029.07 | 100.00% |

Case ID: 260400500



## Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063



1-IMG_3639

Case ID: 260400500



## Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063



2       2-IMG_3640

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063



3        3-IMG_3641

Case ID: 260400500



### Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063



4      4-IMG_3645

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063



5      5-IMG_3646

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063



6        6-IMG_3647

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063



7        7-IMG_3648

Case ID: 260400500



### Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063



8        8-IMG_3649

Case ID: 260400500



### Home & Business Public Adjusters

434 East Baltimore Pike
Media Pa 19063



9        9-IMG_3650

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063



10     10-suite - floor damage

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063



11      11-Suite damaged ceiling #2

2025-06-10-1641                                                    6/11/2025        Page: 22

Case ID: 260400500



**Home & Business Public Adjusters**

434 East Baltimore Pike
Media Pa 19063



12      12-Suite damaged ceiling

Case ID: 260400500



Basement

Page: 24

6/11/2025

14' 4"

13' 8"

3' 4"

2' 8"

1' 8"

1' 8"

Bedroom

13' 6"

14' 2"

10' 10"

13' 9"

12'

4' 5"

7' 7"

2' 7"

Closet

2' 11"

5' 1"

Main House - Basement

2025-06-10-1641

Case ID: 260400500

Main House - 1st Floor

1st Floor

N

Page: 25

6/11/2025

Living Room

Living room under the landing (3

2nd Floor landing

Storage Area (2)

Stairs (1)

UP

15' 8"

7' 8"

7'

3' 5"

2' 11"

8'

3"

7' 4"

10' 11"

5' 11"

16' 2"

3' 1"

9' 7"

6' 11"

3' 9"

13' 8"

13' 8"

3' 8"

5'

5'

3"

27' 10"

28' 2"

2025-06-10-1641

Case ID: 260400500

in-law Suite - Main Level

Main Level

Page: 26

6/11/2025

2025-06-10-1641

Case ID: 260400500

# Exhibit "C"

Case ID: 260400500

 **Allstate.**

Allstate Vehicle and Property Insurance Company
PO BOX 672041
Dallas, TX 75267

HOUSE & BUSINESS PUBLIC ADJUSTERS
434 E BALTIMORE AVE
MEDIA, PA 19063-3840

Page **1** of 2
Information as of September 12, 2025

**Claim number:** 0793786567
**Date of loss:** April 04, 2025
**Insured:**
Bradford Smith

**Dedicated claim contact:**
Sam Weist
**Direct phone:**
813-742-7866

**Visit us anytime at** <u>MyClaim.com</u>

 **Go Paperless! Scan or visit
Allstate.com/PaperlessNow**

## Unable to provide coverage

Hello House & Business Public Adjusters ,

You've asked **Allstate Vehicle and Property Insurance Company** to provide coverage for the **dwelling roof, exterior of the dwelling and interior damages** .

We're unable to provide coverage for the requested damage because of the following provision in your policy which states:

**Section I—Your Property**

**Dwelling Protection–Coverage A**
**Property We Cover Under Coverage A:**
**1. Your dwelling, including attached structures. Structures connected to your dwelling by only a fence, utility line, or similar connection are not considered attached structures.**

**Losses We Cover Under Coverages A and B: We will cover sudden and accidental direct physical loss to property described in Dwelling Protection–Coverage A and Other Structures Protection–Coverage B except as limited or excluded in this policy.**

**Losses We Do Not Cover Under Coverages A and B**
**5.**
**a) Wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;**
**b) mechanical breakdown;**
**c) growth of trees, shrubs, plants or lawns, regardless of whether such growth is above or below the surface of the ground;**
**d) rust or other corrosion;**
**e) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings; or**
**f) insects, rodents, birds or domestic animals. We do cover the breakage of glass or safety glazing materials caused by birds.**
**8) Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years,**

*(Continued)*

<span style="color:red">Case ID: 260400500</span>

Claim number: 0793786567

**of water, steam or fuel**

We're unable to provide payment for this claim because: The damages presented at the inspection are not sudden and accidental. Damages presented at the inspection can be described as deterioration, mechanical, wear & tear, or long-term damage.

We're here to help. If you need additional information, please visit MyClaim.com or contact us.

## State-specific communications:

For the above stated reasons and any other exclusions or conditions contained in the policy applicable, Allstate Vehicle and Property Insurance Company will be unable to provide coverage for this loss.

**Carbon Copy:**
Bradford J Smith Erica M Smith

PROD1008

Case ID: 260400500

# Exhibit "D"

Case ID: 260400500

HOME & BUSINESS PUBLIC ADJUSTERS

434 E BALTIMORE AVENUE

MEDIA, PA 19063

(T) 484-444-2100 (F) 610-356-3394

EMAIL: HABADJUSTMENT@COMCAST.NET

TO:        Sam Weist, Allstate Adjuster

FROM:      Blaine R. Jelus

RE:        Smith- claim no. 0793786567

DATE:      January 3, 2026

Dear Mr. Sam Weist,

Please see another copy of your Approved Vendor's Report from Hancock Roofing which confirms wind damage, storm damage, hail damage to the above-mentioned roofing system.

It also confirms in two separate areas that there is water damage inside.

Please note your denial of this loss is in violation of the policy and constitutes Bad Faith as you are intentionally misrepresenting elements of fact concerning direct physical loss in an effort of non-payment.

Please see the pictures provided as well as our Estimate, and reconsider your actions, as this will directly go to suit.

We are again requesting contact information of your Supervisor.

Thank you.

Case ID: 260400500

# Exhibit "E"

Case ID: 260400500



# Roof Diagram



BRADFORD SMITH          6/11

| Ridge Shingle | Chimney Flashing | Hail | Wind | Shingle | Pitch | Vents | | | Misc | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Standard | 1 med | N 0 | N 1 | 20 yr 3 Tab Comp | 10/12 | Box P/NP | 0 | BV | Pipe Boot P/NP | 2 | |
| Valley Metal | Fascia Material | S 0 | S 1 | 25 yr 3 Tab Comp | # Layers | Turbine P/NP | 0 | T | HVAC Cap P/NP | 0 | |
| No | 6" Alum | E 0 | E 1 | 25 yr 3 tab Organic | 1 | Power P/NP | 0 | PV | Satellite | 0 | |
| Drip Edge P/NP | Gutter P/NP | | | | Ice & Water Shield | | | | | | |
| Yes | 5" Alum | W 0 | W 0 | 30 yr Laminate | No | Ridge Vent | 86 | LI | Mast Head | 0 | |
| Soffit Overhang | Gutter Guard P/NP | Total Roof Sq. | | 40 yr Laminate | Felt Paper | Off Ridge | 0 | ORV | Skylight | 1 | SKY |
| 22 in | No | 0 | | 50 yr Laminate | 15 lb | Dryer Vent | 0 | DV | Gooseneck P/NP | 0 | GN |

W = Wind damage    WL = Water leak    R = Repair



Potential hail hits to skylight

Deterioration

Potential wind damage to 1 shingle on ridge vent

FRONT

Case ID: 260400500



# Interior Diagram



| Room Type | | | Total Area |
|---|---|---|---|
| Bedroom. | | | Ft² |
| Ceiling / Type | Damage | Paint | Area |
| Sheetrock Smooth | √/N | Y/N | 169ft² |
| Walls / Type | Damage | Paint | Area |
| Sheetrock Smooth | Y/N | Y/N | ft² |
| Floors / Type | Damage | Paint | Area |
| Carpet. | √/N | Y/N | 169ft² |



Water damage to ceiling 6ft and carpet

**Bedroom**
181.12 sq ft

Case ID: 260400500



| Room Type | | | Total Area | |
|---|---|---|---|---|
| Living room | | | Ft² | |
| Ceiling / Type | Damage | Paint | | Area |
| Sheetrock Smooth | ✓/N | Y/N | | 432ft² |
| Walls / Type | Damage | Paint | | Area |
| Sheetrock Smooth | Y/N | Y/N | | ft² |
| Floors / Type | Damage | Paint | | Area |
| | Y/N | Y/N | | ft² |



Potential water
damage to ceiling 2ft

Case ID: 260400500

# Exhibit "B"



**WHEELER DIULIO & BARNABEI**

THE PROPERTY DAMAGE ATTORNEYS

| PHILADELPHIA OFFICE | NEW JERSEY OFFICE |
|---|---|
| 1650 Arch Street | 1040 Kings Highway North |
| Suite 2200 | Suite 205 |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08034 |
| ☎ 215.971.1000 | ☎ 856.874.1447 |
| 🖷 215.568.2901 | 🖷 215.568.2901 |

Email: jsheaffer@wdblegal.com

April 7, 2026

Allstate Vehicle and Property Insurance Company
3100 Sanders Road
Suite 201
Northbrook, IL  60062

      RE:    Bradford Smith v. Allstate Vehicle and Property Insurance Company
             DOL: 04/04/2025
             Loss Address: 3 Overfield Lane, Glen Mills, PA 19342

Dear Allstate Vehicle and Property Insurance Company,

      Enclosed please find a true and correct copy of Plaintiff's Civil Action Complaint filed against you in Philadelphia County Court.  Please be advised that you have twenty (20) days in which to respond to this Complaint, pursuant to the Pennsylvania Rules of Civil Procedure, otherwise a default judgment may be filed against you.

      Kindly forward this Complaint to your attorney immediately.

      Sincerely,

      /s/ *Joseph Sheaffer*
      JOSEPH SHEAFFER

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED
NO. 9589 0710 5270 1823 0372 01**

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DEL…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701823037201

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 4:06 pm on April 13, 2026 in NORTHBROOK, IL 60062.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**

NORTHBROOK, IL 60062
April 13, 2026, 4:06 pm

**In Transit to Next Facility**

April 12, 2026

**Arrived at USPS Regional Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
April 8, 2026, 10:35 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates    ⌄

Feedback

Case 2:26-cv-03214   Document 1   Filed 05/12/26   Page 64 of 66

**USPS Tracking Plus®**   ∨

**Product Information**   ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Exhibit "C"

**LABLETTA & WALTERS LLC**
**BY: MARK J. WALTERS, ESQUIRE**
**Attorney I.D. No.:  89265**
**1670 Route 34 North, Suite 3B**
**Wall Township, New Jersey 07727**
**(732) 387-1010**

**ATTORNEY FOR DEFENDANT**



Filed and Attested by the
Office of Judicial Records
29 APR 2026 01:50 pm
L. BREWINGTON

| | |
|---|---|
| BRADFORD SMITH and ERICA SMITH, <br><br> *Plaintiff*, <br><br> v. <br><br> ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, <br><br> *Defendants*. | COURT OF COMMON PLEAS PHILADELPHIA COUNTY <br><br><br> APRIL TERM, 2026 <br> NO. 260400500 |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as attorney for the Defendant, Allstate Vehicle and Property

Insurance Company, in the above-captioned Civil Action.


**LABLETTA & WALTERS LLC**


By: */s/ Mark J. Walters*
   **MARK J. WALTERS, ESQ.**

Dated: <u>April 28, 2026</u>

Case ID: 260400500